**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**L&W SUPPLY CORPORATION d/b/a**
**BUILDING SPECIALTIES,**

                 **Plaintiff,**

   **v.**                                    **Case No.  2:13-CV-0295**

**PIPELINE & INDUSTRIAL GROUP, INC.**

   **and**

**WESTCHESTER FIRE INSURANCE COMPANY,**

                 **Defendants.**

**STIPULATION OF DISMISSAL**

The plaintiff, L&W Supply Corporation d/b/a Building Specialties ("L&W Supply"), and defendant Westchester Fire Insurance Company ("Westchester Fire"), by their respective counsel and in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, file their stipulation of dismissal, *with prejudice,* of all claims and causes of action set forth in the Complaint (Docket No. 1) as against Westchester Fire, as agreed.  In addition and in accordance with the provisions of Rule 41(a)(1)(A)(i), L&W Supply files its stipulation of dismissal, *without prejudice*, of all claims and causes of action set forth in the Complaint as against the defendant, Pipeline & Industrial Group, Inc.

                          Respectfully submitted,

                          L&W SUPPLY CORPORATION
                            D/B/A BUILDING SPECIALTIES

                          WESTCHESTER FIRE INSURANCE COMPANY

                          By their Respective Counsel

1

We ask for this:

_/s/ Richard T. Pledger_
Richard T. Pledger (VSB 28102)
Thomas J. Moran (VSB 71296)
Christopher A. Cheuk (VSB 70891)
WALLACEPLEDGER, PLLC
7100 Forest Avenue
Suite 302
Richmond, VA  23226-3742
Telephone:     (804) 282-8300
Facsimile:      (804) 282-2555
email:  rpledger@wallacepledger.com
          tmoran@wallacepledger.com
          ccheuk@wallacepledger.com
*Counsel for L&W Supply Corporation d/b/a*
  *Building Specialties*


_/s/ Robert W. Hesselbacher, Jr._
Robert W. Hesselbacher, Jr. (VSB No. 34251)
Lisa D. Sparks (VSB No. 79747)
WRIGHT, CONSTABLE & SKEEN, LLP
One Charles Center
16th Floor
100  North Charles Street
Baltimore, MD 21201
Telephone:     (410) 659-1317
Facsimile:      (410) 659-1350
email:  rhesselabacher@wcslaw.com
          lsparks@wcslaw.com
*Counsel for Westchester Fire Insurance Company*